84 A.3d 600

BRUCE MAIDA, MARYBETH MAIDA, MARYBETH MAIDA, PER QUOD AND CHRISTOPHER MAIDA, A MINOR, BY HIS GUARDIAN AD LITEM, MARYBETH MAIDA, PLAINTIFFS–MOVANTS, v. MICHAEL KUSKIN AND GARY S. KUSKIN, DE-FENDANTS–RESPONDENTS.

January 17, 2014.

It is ORDERED that the motion for leave to appeal is granted.